**HERNANDEZ V. CITY OF PHOENIX, ET AL.**
**CASE NO. CV-20-00767-PHX-GMS**
**RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
<u>**INDEX OF EXHIBITS**</u>

Exhibit 1:  Incident Report

Exhibit 2:  Declaration of Anna Hernandez

Exhibit 3:  Deposition Transcript of Anna Hernandez

Exhibit 4:  Defense Expert Report – Dr. Pamela Potter

Exhibit 5:  CAD Report

Exhibit 6:  CD with Audio of 911 Call

Exhibit 7:  Summary of Phoenix Police Department's Internal Investigation SH19-0006

Exhibit 8:  Deposition Transcript of Benjamin Ippel

Exhibit 9:  Photograph of toy gun

Exhibit 10:  Deposition Transcript of Tyler Kipper

Exhibit 11:  CD with Audio Interview of Johnny Cabrera

Exhibit 12:  Deposition Transcript of Trevin Janser

Exhibit 13:  Deposition Transcript of Johnny Cabrera

Exhibit 14:  CD with Audio of Trevin Janser's Interview with the Phoenix Police Department's Professional Standards Bureau

Exhibit 15:  CD with Audio Interview of Trevin Janser

Exhibit 16:  CD with Audio Interview of Tyler Kipper

Exhibit 17:  Medical Records

Exhibit 18:  Plaintiff's Expert Report – Chief Dan Busken

Exhibit 19:  Use of Force Review Board Report

Exhibit 20:  National Police Foundation Report

Exhibit 21: Plaintiff's First Set of Requests for Production

Exhibit 22:  Review and Implementation Ad Hoc Committee Recommendations

Exhibit 23:  Deposition Transcript of Michael Kurtenbach

Exhibit 24:  Deposition Transcript of James Ward

Exhibit 25:  Deposition Transcript of Sabrina Taylor