Exhibit 7



# City of Phoenix

**To:** Jeri L. Williams  
Police Chief

**Date:** June 18, 2020

**From:** Shane Disotell, Commander  
Professional Standards Bureau

**Subject:** SHOOTING INVESTIGATION – SH19-0006

**Internal Investigators:** Lieutenant Ryan Junas (Investigative Review)  
Sergeant Patrick McBride (Primary Investigator)  
Sergeant Pete Best (Secondary Investigator)

## SUMMARY:

Mr. Alejandro Hernandez violated an order of protection at his parent's home located at 1211 North 33rd Street. Officers located Mr. Hernandez and followed him along a canal southeast of 3500 East Roosevelt Street. Initially, Mr. Hernandez had a sheet or a blanket draped over his right shoulder which concealed an object in Mr. Hernandez's hand. At some point along the canal, the sheet fell from Mr. Hernandez's shoulder and revealed what officers believed was a firearm. Mr. Hernandez pointed the object at officers on at least two instances. The final instance, Mr. Hernandez assumed a shooting stance and took aim at the officers. This prompted Officer Janser to fire five rounds from his City issued Colt, M4 patrol rifle. All five of the fired rounds struck Mr. Hernandez and he fell to the ground. Phoenix fire personnel transported Mr. Hernandez to the hospital where medical staff pronounced him deceased. Officers recovered the object Mr. Hernandez possessed and determined it was a replica firearm.

| | |
|---|---|
| **Location:** | 3500 East Roosevelt Street (SRP Canal) |
| **Date:** | April 29, 2019 |
| **Time:** | 10:28 a.m. |
| **Employee/s Involved:** | Officer Trevin Janser #8883<br>Mountain View Precinct / 72 B squad |
| **Employee/s Injuries:** | None |
| **Citizen Involved:** | Mr. Alejandro Hernandez<br>HM, 26 years-old |
| **Citizen Injuries:** | Deceased |

the sides of the alleyway.[6]  Mr. Hernandez then walked southeast along the north side of the SRP canal.

Sergeant Tyler Kipper #8151 and Officer Trevin Janser #8883 responded to assist Officers Cabrera and Ippel who continued to follow Mr. Hernandez on foot.  Sergeant Kipper told criminal investigators Mr. Hernandez had a sheet wrapped around his right arm.  Sergeant Kipper indicated he was concerned the sheet concealed a weapon.[7]  At times, a cylindric shaped portion of the object Mr. Hernandez concealed protruded from under the sheet.  Officer Cabrera told criminal investigators the officers discussed what the object could be.  This discussion included a pipe, a stick, a firearm, or a replica firearm.[8]  Officer Ippel stated over the radio at 10:17 a.m., "It looks like an airsoft replica.  I'm not sure."[9]  Officer Janser told criminal investigators after he observed the cylindrical shape, he decided to deploy with his patrol rifle.

Sergeant Kipper directed the officers on scene to keep a distance from Mr. Hernandez and to remain behind cover.  Officer Ippel, Officer Cabrera, Officer Janser, and Sergeant Kipper used Officer Janser's fully marked police Tahoe as cover.  Officer Ippel drove the vehicle slowly following Mr. Hernandez as he walked along the canal away from the officers.  Mr. Hernandez continued to disobey officers' commands to stop and to drop the object he was holding.  As Officer Ippel drove the police vehicle, Officer Cabrera was located on the passenger side, and Officer Janser positioned himself outside of the police vehicle along the driver's side.  Sergeant Kipper also walked along the patrol vehicle.

Officer Cabrera moved to the passenger side of Officer Janser's vehicle as the patrol vehicle followed Mr. Hernandez.  Officer Cabrera noticed Mr. Brody Wiley, a citizen observer, sitting in the front passenger's seat.  Officer Cabrera directed Mr. Wiley out of the vehicle and in the opposite direction.  Mr. Wiley told criminal investigators prior to his removal from the patrol vehicle, he heard officers give Mr. Hernandez commands.  Mr. Wiley indicated Mr. Hernandez ignored the commands.  Mr. Wiley told criminal investigators he saw the cylindrical object concealed under the sheet.  Mr. Wiley stated he could not definitively identify the object, but he believed it was a gun.  Furthermore, Mr. Wiley explained Mr. Hernandez pointed the concealed object in the officers' and his direction.  Mr. Wiley told criminal investigators Mr. Hernandez's actions made him nervous.[10]

Mr. Hernandez continued along the path and removed the sheet from his shoulder.  This allowed the officers to better identify the object Mr. Hernandez was holding.  Officers Janser, Ippel, Cabrera and Sergeant Kipper told criminal investigators they believed the object was a

"turned around and took up a shooting stance…[Mr. Hernandez] pulled the gun up to his face and aimed the gun directly at our vehicle."[27] Officer Lilly indicated he believed Mr. Hernandez intended to shoot at him and fellow officers. Officer Lilly stated he took cover as a result. Officer Lilly indicated when he ducked for cover, he heard Officer Janser fire three to four shots from his patrol rifle. Officer Lilly indicated Mr. Hernandez fell to the ground after the rounds from Officer Janser's patrol rifle struck him.[28]

Officer Ryan Cornelius #8143 told criminal investigators he joined the officers using the patrol vehicle as cover driven by Officer Ippel. Officer Cornelius stated he positioned himself along the rear driver's side door. He stated he heard officers give Mr. Hernandez commands to stop and drop the gun. In addition, Officer Cornelius heard the officers tell Mr. Hernandez he would not be hurt if he laid the gun down. Officer Cornelius stated Mr. Hernandez failed to comply with the commands. Officer Cornelius stated Mr. Hernandez raised what Officer Cornelius believed was a subcompact pistol with an extended magazine and point it at him and the other officers. Officer Cornelius stated he took cover behind the patrol vehicle and heard Officer Janser's first round, although, Officer Cornelius explained he was not sure if Officer Janser discharged his weapon at Mr. Hernandez or Mr. Hernandez fired at the officers. Officer Cornelius, from behind cover, heard an additional three to four gun shots. When Officer Cornelius looked in Mr. Hernandez's direction, he saw Mr. Hernandez laying on the ground.[29]

Additionally, in Mr. Green's interview with criminal investigators, Mr. Green stated Mr. Hernandez pointed a concealed object in the direction of the officers. Mr. Green told criminal investigators he did not see Mr. Hernandez with a weapon, but the concealed object, "could have been a handgun…a saw-off shotgun [sic]…or anything."[30] Mr. Green stated the officers eventually fired three shots at Mr. Hernandez and Mr. Green saw Mr. Hernandez fall to the ground.[31]

When Mr. Hernandez fell to the ground, he still possessed the object. A Phoenix Police K-9 responded and assisted the arrest team. The object was underneath Mr. Hernandez as he lay with his right arm tucked underneath his body. The police K-9 latched onto Mr. Hernandez's left thigh and then his left armpit area. This allowed officers to safely secure the object after the K-9 moved Mr. Hernandez from the firearm.[32]

Phoenix Fire Department responded to the scene of the OIS. Phoenix Fire Department transported Mr. Hernandez to Maricopa County Hospital. An on-site trauma doctor pronounced Mr. Hernandez deceased at 11:22 a.m.

Criminal investigators performed a round count and learned Officer Janser fired five rounds from his Colt, M4 patrol rifle.[33] Criminal investigators determined Officer Janser was approximately 347 feet from Mr. Hernandez when he discharged his rifle at Mr. Hernandez.[34] Criminal investigators recovered five bullet casings from the crime scene. Criminal investigators recovered two of the casings from the base of the windshield of the police Tahoe Officer Janser used for cover. The criminal investigators recovered the other three casings from the dirt on the canal. Additionally, the investigators recovered the sheet Mr. Hernandez had draped over his shoulder near the pedestrian walkway on the northside of the canal. Criminal investigators recovered a "plastic replica subcompact rifle" wrapped in electric tape and equipped with a homemade sling from the ground near the fence line where Mr. Hernandez fell.[35]

*PSB Interview with Officer Janser:*

On May 6, 2019, PSB investigators interviewed Officer Janser. Officer Janser indicated he responded to assist Officer Ippel and Officer Cabrera who were present on an emergency CFS where Mr. Hernandez violated an order of protection. Officer Janser stated he heard distress in Officer Ippel's voice. Officer Janser said when Officer Ippel requested assistance, Officer Ippel indicated Mr. Hernandez's hands were not visible and Mr. Hernandez possessed an unknown object underneath a blanket. Officer Janser stated he recalled similar and multiple calls from the day prior from the same general area. The information received on these calls reported a subject matching Mr. Hernandez's description carrying a gun with an extended magazine.[36]

Officer Janser stated Officer Ippel and Officer Cabrera broadcast Mr. Hernandez's direction of travel toward the SRP canal south of Oakleaf Drive. Officer Janser drove eastbound onto the north side of the canal from North 32nd Street. Officer Janser stated Officer Ippel and Officer Cabrera followed Mr. Hernandez on foot approximately 200 to 300 yards east of North 32nd Street. Officer Janser stated Mr. Hernandez held a phone in one hand and had a comforter over his other shoulder. The comforter concealed Mr. Hernandez's other hand and Officer Janser stated Mr. Hernandez held something in that hand. Officer Janser stated Officers Ippel and Cabrera gave Mr. Hernandez commands which included commanding Mr. Hernandez to stop and set down the unknown object in his hand.

Officer Janser stated he initially deployed with his stun-bag shotgun for a less lethal option. However, Officer Janser indicated he transitioned to his patrol rifle after Mr. Hernandez turned around and Officer Janser saw a black barrel protruding from under the comforter. Officer Janser stated his patrol rifle afforded the ability for him to maintain distance between him and Mr. Hernandez.[37]

Hernandez. Officer Janser stated Mr. Hernandez briefly went down and then stood back up while holding the object. Officer Janser said he fired four more rounds at Mr. Hernandez until Mr. Hernandez fell to the ground. Officer Janser said he estimated the distance between he and Mr. Hernandez when Officer Janser fired was approximately 120 to 130 yards.

When Mr. Hernandez pointed the object at Officer Janser, Officer Janser stated his thought was, "…to be completely blunt and honest, oh shit. It's about to get real. Uhm, cause I just had the door covering me and I had, yeah, I was scared. I didn't know what was gonna happen."[40] Officer Janser said he was, "[Scared] that we (Officer Janser and other officers) were gonna start taking rounds."[41] Officer Janser stated he felt his decision to end the threat posed by Mr. Hernandez was needed to prevent Mr. Hernandez from harming anyone.[42]

---

A criminal investigator examined Officer Janser's City issued Colt M4 patrol rifle and documented one round was in the chamber and 22 rounds were in the magazine. In addition, 28 rounds were documented to be in Officer Janser's secondary magazines. It was determined five rounds were missing.[43]

---

On April 30, 2019, Doctor Watkins from the Maricopa County Officer of the Medical Examiner conducted an autopsy on Mr. Hernandez. Doctor Watkins ruled the cause of death was from gunshot wounds to the abdomen, the right shoulder, the torso (two times), and the right buttock.[44] Doctor Watkins recovered projectile fragments from Mr. Hernandez's right lung, right armpit, and abdomen.[45] The toxicology report indicated the presence of amphetamine and methamphetamine.[46]

Criminal investigators submitted their investigation to the Maricopa County Attorney's Office. On March 24, 2020, via a letter addressed to Police Chief Jeri L. Williams, the Maricopa County Attorney's Office advised it was the opinion of their Shooting Review Board that Officer Janser had not committed any acts warranting criminal prosecution.[47]

---

**CLOSING:**

This Professional Standards Bureau investigation is complete and was reviewed by the involved employee. Upon finalization, this investigation will be forwarded to the Use of Force Board for review. The investigation will be retained in the Professional Standards Bureau in accordance with record retention policies and/or laws.